UNITED STATES of America,
Appellee,

v.

Vincent O. ROBINSON, also known as
Vince O. Robinson, Appellant.

No. 01–1367.

United States Court of Appeals,
Eighth Circuit.

Submitted Aug. 17, 2001.

Decided Aug. 22, 2001.

Before McMILLIAN, BEAM, and BYE,
Circuit Judges.

PER CURIAM.

Vincent O. Robinson pleaded guilty to a drug conspiracy offense in violation of 21 U.S.C. § 846. He did not file a direct appeal but brought various post-conviction motions. Ultimately, the district court[1] administratively closed his case and denied his motions to set aside the closure. This appeal followed, in which the government has moved to dismiss the appeal. As part of his plea agreement, Robinson waived his right to "contest his conviction ... or the sentence imposed [t]herein in any post-conviction proceedings." Robinson does not challenge the voluntariness of his plea, and having reviewed the record and plea transcript independently, we conclude that the waiver of post-conviction proceedings was knowing and voluntary. *See DeRoo v. United States,* 223 F.3d 919, 923 (8th Cir. 2000).

Accordingly, we dismiss Robinson's appeal. *See United States v. His Law,* 85 F.3d 379, 379 (8th Cir.1996) (per curiam). The remaining pending motions are denied except that we direct the clerk to seal the appellate record.

A true copy.

1. The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.